## Commonwealth *v.* Scott, Appellant.

Argued June 13, 1974. *Lewis L. Maltby,* Assistant Public Defender, with him *John W. Packel,* Assistant Public Defender, and *Vincent J. Ziccardi,* Public Defender, for appellant; *Mark Sendrow,* Assistant District Attorney, with him *Joel Todd, David Richman,* and *Stephen Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Simpson, Appellant.

Argued June 13, 1974. *Gerald Jay Pomerantz,* for appellant; *Douglas B. Richardson,* Assistant District Attorney, with him *Mark Sendrow, David Richman,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.